UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA IBARRA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FAMILY HEALTH CARE NETWORK, SPENCER PACKER PA-C, DAVID LARIOS PA-C, and DOES 1–10, INCLUSIVE,<br><br>　　　　　　Defendants. | No. 1:17-cv-00614-DAD-SAB<br><br><br>ORDER SUBSTITUTING UNITED STATES AS DEFENDANT |

On June 5, 2017, the parties filed a stipulation to substitute the United States of America as the named defendant in the action, in lieu of the other named defendants, pursuant to 42 U.S.C. § 233. (Doc. No. 5.) Therefore, pursuant to 42 U.S.C. § 233(g), the United States of America is hereby substituted as the sole named defendant in this action. The Clerk of the Court is directed to amend the docket accordingly.

IT IS SO ORDERED.

　Dated: **June 26, 2017**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1