MARTIN MALKASIAN, ESQ. (SBN 224589)
2912 West Main Street
Visalia, CA  93291
Telephone:  (559) 636-7194
Facsimile:  (559) 627-6732

Attorney for Plaintiff Angelina Ibarra

PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELINA IBARRA, | CASE NO.  1:17-CV-00614-DAD-SAB |
|---|---|
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | Stanley A. Boone |
| Defendants. | |

Before the Court is the parties' Joint Request for Continuance of Scheduling Conference.  The Court finds that good cause exists to continue the Scheduling Conference currently set for July 25, 2017, at 9:00 a.m.  The Scheduling Conference therefore is continued to August 31, 2017, at 2:30 p.m., before the undersigned in Courtroom 9 at the United States Courthouse, 2500 Tulare Street, Fresno, CA  93721.

IT IS SO ORDERED.

Dated:   **July 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1